

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2023

No. 04-22-00413-CR

Paul **YBARRA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR6362
Honorable Laura Lee Parker, Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which counsel asserts there are no meritorious issues to raise on appeal. We therefore ordered appellant to file a pro se brief by December 16, 2022 if he desired to file a brief. On December 27, 2022, appellant filed a pro se letter asking this court not to grant counsel's motion to withdraw and explaining there are sufficient grounds for appeal. Appellant also filed a motion requesting a copy of the appellate record.

After consideration, we **grant** appellant's motion requesting a copy of the appellate record and **order** the clerk of this court to send appellant a copy of the record. If appellant desires to file a pro se brief, we **order** he do so **by February 21, 2023.** Appellant is reminded this court ordered counsel's motion to withdraw held in abeyance pending further order of this court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2023.



MICHAEL A. CRUZ, Clerk of Court